**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Carey ABNEY, Petitioner**

**No. 439 EAL 2016**

Supreme Court of Pennsylvania.

February 14, 2017

### ORDER

PER CURIAM

**AND NOW,** this 14th day of February, 2017, the Petition for Allowance of Appeal

and Application for Leave to File Addendum are **DENIED**.